# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONNELL BOYD                                         CIVIL ACTION NUMBER

VERSUS

                                                     14-469-SDD-RLB

TRINITY INDUSTRIES, INC.

## RULING

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

The rule provides as follows:

> **LR 7(f)  Response and Memorandum**
> Each respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within twenty-one days after service of the motion. Memoranda shall contain a concise statement of reasons in opposition to the motion, and a citation of authorities upon which the respondent relies. For good cause appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the court may order. Reply memoranda and surreply memoranda may only be filed by leave of Court.

In the present case, a *Motion for Judgment on the Pleadings*[1] was electronically filed by Trinity Marine Products, Inc. August 11, 2015. A review of the record shows that more than twenty-one (21) days have elapsed since the electronic and certified mail service of this Motion, and no memorandum in opposition has been submitted to date.

---

[1] Rec. Doc. 26.

Therefore, this Motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the Motion has merit considering the Court ordered Plaintiff to amend the complaint within twenty-one (21) days of its June 30, 2015 *Order*[2].
Accordingly,

**IT IS HEREBY ORDERED** that the *Motion for Judgment on the Pleadings*[3] is GRANTED and Plaintiff's Title VII retaliation claims are dismissed with prejudice.

Baton Rouge, Louisiana the 8 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[2] Rec. Doc. 23.
[3] Rec. Doc. 26.